United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-15180-amc
John Wikiera, Jr.                                                       Chapter 13
Dawn Wikiera
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1          Date Rcvd: Dec 07, 2017
                              Form ID: pdf900          Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2017.
db/jdb         +John Wikiera, Jr.,    Dawn Wikiera,    3627 almond street,    Philadelphia, PA 19134-5516
13960223       +KML LAW GROUP,    701 MARKET STREET,    BNY MELLON INDEPENDENCE CENTER,    SUITE 5000,
                 Philadelphia, PA 19106-1541
13975934       +Philadelphia Gas Works,    800 W Montgomery Ave,    Philadelphia Pa 19122-2898,
                 Attn: Bankruptcy Dept 3Fl
13964073       +US Dept of Education/Mohela,    633 Spirit Dr,    Chesterfield, MO 63005-1243
13960221       +cape may urgent care,    900 route 109,    cape may, NJ 08204-5259
13960222       +judith mcfadden,    3386 memphis street,    philadelphia, PA 19134-4510
13960224       +louis van de beek md,    2020 e allegheny ave,    philadelphia, PA 19134-3817
13960225        quest diagnostics,    po box 740775,    cincinnati, OH 45274-0775
13960227        visa,   po box 60578,    los angeles, CA 90060-0578

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Dec 08 2017 01:23:03      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 08 2017 01:22:36
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 08 2017 01:22:55      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13960226        E-mail/Text: jennifer.chacon@spservicing.com Dec 08 2017 01:23:23
                 Select Portfolio Servicing,    po box 65250,   salt lake city, UT 84165-0250
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2017 at the address(es) listed below:
              BRIAN C. EVES    on behalf of Debtor John  Wikiera, Jr. BrianEvesLaw@gmail.com
              BRIAN C. EVES    on behalf of Joint Debtor Dawn  Wikiera BrianEvesLaw@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE1 Trust
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN WIKIERA JR  Chapter 13
DAWN WIKIERA

Debtor   Bankruptcy No. 17-15180-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this __5th__ day of __December__, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRIAN C EVES ESQ
P.O. BOX 0713

NEW HOPE, PA 18968-0713


Debtor:
JOHN WIKIERA JR
DAWN WIKIERA
3627 ALMOND STREET

PHILADELPHIA, PA 19134